**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6938**

OLANDIO RAY WORKMAN,

Plaintiff - Appellant,

v.

MORRISON HEALTHCARE; THERESA DRUMMOND; BON SECOURS HEALTHCARE SYSTEM,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  R. Bryan Harwell, District Judge.  (6:17-cv-01229-RBH)

Submitted:  November 15, 2018                    Decided:  November 20, 2018

Before MOTZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Olandio Ray Workman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Following remand from this court, the district court dismissed Olandio Ray Workman's 42 U.S.C. § 1983 (2012) action for failure to comply with a court order. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Workman v. Morrison Healthcare*, No. 6:17-cv-01229-RBH (D.S.C. Nov. 21, 2017; Jun. 27, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*